EVAN LEWIS *vs.* STATE.

*Certiorari—Criminal Law—Justice of Peace—Record—No Judgment—Fine.*

It is not sufficient for the record of the Justice to show that he fined the defendant without showing his determination or judgment. The record should show some determination of the case by the Justice.

(*September 30, 1904.*)

LORE, C. J., and PENNEWILL, J., sitting.

*Phillip L. Garrett* for exceptant.

*Herbert H. Ward,* Attorney-General, for State.

Court of General Sessions, New Castle County, September Term, 1904.

CERTIORARI (No. 99, September Term, 1904).

This was a criminal prosecution before a Justice of the Peace. The exception relied upon was that the record of the Justice disclosed that he simply ordered the defendant to pay a fine of fifty cents and costs, and there was no entry showing that the defendant was adjudged guilty of any crime by the Justice.

*Mr. Ward :*—While the record does not positively state that the Justice did come to a conclusion, it does appear that he did fine the defendant, which must necessarily involve a judgment or verdict.

LORE, C. J. :—We think the record of the Justice ought to show some determination by him. It is not sufficient merely to show that he fined him without showing his determination or judgment.

Let the judgment below be reversed.